UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

GONZALO MORA, *et al.*,
        Plaintiffs,                   CASE NO.: 14-CV-862

v.

YIANNIS, INC. d/b/a
PALLAS RESTAURANT, *et al.*,
        Defendants.

## NOTICE OF SETTLEMENT AND MOTION TO STAY
## PRE-TRIAL DEADLINES AND SCHEDULING CONFERENCE

Plaintiffs, by their undersigned counsel, notify the Court that the parties have resolved this matter in principal and therefore respectfully request the Court stay the all trial deadlines.

1.    On September 2, 2014, Plaintiffs' Counsel and Defendants' Counsel met to discuss settlement of this matter and were able to come to an agreement to resolve this matter.

2.    The parties are working through final logistics on the settlement agreement which the parties believe will be fully executed by September 19, 2014.

3.    The parties anticipate filing a joint motion to dismiss this matter on or before October 10, 2014.

4.    Therefore, the parties respectfully request the Court stay all pre-trial deadlines including the Rule 16 Scheduling Conference scheduled for October 6,

2014 and the parties' deadline to file a Rule 26 Discovery plan by September 26, 2014.

Dated this 10th day of September, 2014.

>Respectfully submitted,
>
>s/ Larry A. Johnson
>Larry A. Johnson
>State Bar No. 1056619
>Summer Murshid
>State Bar No. 1075404
>Timothy P. Maynard
>State Bar No. 1080953
>Attorneys for the Plaintiff
>
>**Hawks Quindel, S.C.**
>222 East Erie Street
>Suite 210
>P.O. Box 442
>Milwaukee, WI 53201-0442
>Telephone: 414-271-8650
>Fax: 414-271-8442
>Email(s):    ljohnson@hq-law.com
>             smurshid@hq-law.com
>             tmaynard@hq-law.com